# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 24-01155    2. **DATE DOCKETED:** 05-22-2024
3. **CASE NAME** (lead parties only) Idaho Power Company v. Environmental Protection Agency
4. **TYPE OF CASE:** ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes ☒ No
   If YES, cite statute _____

6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OAR-2023-0072
   c. Give date(s) of order(s): May 9, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? ____  By whom? ____
      Has the agency acted? ☐ Yes ☐ No  If so, when? ____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The challenged rule directly harms Idaho Power Company by imposing costly new requirements for new emissions sources.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No If YES, identify case name(s), docket number(s), and court(s)
      See attached list.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.
      _____

Signature /s/ Megan Berge    Date June 24, 2024
Name of Counsel for Appellant/Petitioner Megan H. Berge
Address 700 K Street NW Washington, DC 20001
E-Mail megan.berge@bakerbotts.com    Phone ( 202 ) 639-1308    Fax ( 202 ) 585-1042

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

**Agency Docketing Statement**

Continuation Sheet

f.     Are any other cases involving the same underlying agency order pending in this Court or any other? Yes.

*State of West Virginia, et al. v. EPA*, No 24-1120 (D.C. Cir.); *State of Ohio, et al. v. EPA*, No 24-1121 (D.C. Cir.); *Nat'l Rural Electric Cooperative Ass'n v. EPA*, No 24-1122 (D.C. Cir.); *Nat'l Mining Ass'n v. EPA*, No 24-1124 (D.C. Cir.); *Oklahoma Gas and Electric Co. v. EPA*, No 24-1126 (D.C. Cir.); *Electric Generators for a Sensible Transition v. EPA*, No 24-1128 (D.C. Cir.); *United Mine Workers of America v. EPA*, No 24-1142 (D.C. Cir.); *International Brotherhood of Electrical Workers v. EPA*, No 24-1143 (D.C. Cir.); *International Brotherhood of Boilermakers v. EPA*, No 24-1144 (D.C. Cir.); *Midwest Ozone Group v. EPA*, No 24-1146 (D.C. Cir.); *Edison Electric Institute v. EPA*, No 24-1152 (D.C. Cir.); *NACCO Natural Resources Corp. v. EPA*, No 24-1153 (D.C. Cir.).

Dated: June 24, 2024

                                                        Respectfully submitted,

                                                        */s/ Megan Berge*
                                                        Megan H. Berge
                                                        BAKER BOTTS L.L.P.
                                                        700 K Street, NW
                                                        Washington, D.C. 20001
                                                        Phone: (202) 639-1308
                                                        megan.berge@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

*/s/ Megan Berge*
Megan H. Berge
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-1308
megan.berge@bakerbotts.com